IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH A. WASHINGTON, ) ) Plaintiff(s), ) ) vs. ) ) J. BROWN, Governor of the State of ) California, ) ) Defendant(s). ) ) | No. C 11-3208 CRB (PR) ORDER OF TRANSFER (Docket # 2) |

Plaintiff, a State of California prisoner currently incarcerated at the La Palma Correctional Center in Eloy, Arizona, has filed a pro se civil rights complaint under 42 U.S.C. § 1983 seeking damages from the Governor of the State of California for every day he is in prison after the Supreme Court of the United States urged the state to reduce its prison population due to overcrowding. A substantial part of the events or omissions giving rise to the claim occurred, and the sole named defendant resides, in the County of Sacramento, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED:  Aug. 3, 2011

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.11\Washington, K1.transfer.wpd